FORM 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS C.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> Defendant. | Court No. 25-00029 |

TO:   The Attorney General and the United States International Trade Commission

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. <u>(Name and standing of plaintiffs)</u>:  Plaintiffs, Industrial Pesquera Santa Priscila S.A. and Sociedad Nacional de Galápagos C.A., are foreign producers and/or exporters of the subject merchandise, frozen warmwater shrimp from Ecuador.  Therefore, plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A).

   Plaintiffs participated in the proceeding before the U.S. International Trade Commission ("ITC") that is contested here.

   Therefore, Plaintiffs have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties who were parties to the proceeding identified below.

2. <u>(Brief description of contested determination)</u>:  Plaintiffs contest certain aspects of the ITC's final determination in the antidumping and countervailing duty investigations on *Frozen Warmwater Shrimp from Ecuador, India, Indonesia, and Vietnam*, as published in *Frozen Warmwater Shrimp from Ecuador, India, Indonesia, and Vietnam*, 89 Fed. Reg.

102,163 (Int'l Trade Comm'n Dec. 17, 2024) and *Countervailing Duty Order*, 89 Fed. Reg. 104,982 (Dep't Commerce Dec. 26, 2024).

3. (Date of determination):  The contested Final Affirmative Injury Determination was issued by the ITC on December 12, 2024, and the Countervailing Duty Order was issued by the United States Department of Commerce ("Commerce") on December 18, 2024.

4. (If applicable, date of publication in Federal Register of notice of contested determination):  Commerce published its Countervailing Duty Order in the *Federal Register* on December 26, 2024 (89 Fed. Reg. 104,982).  The ITC published its Final Affirmative Injury Determination in the *Federal Register* on December 17, 2024 (89 Fed. Reg 102,163).

/s/ Warren E. Connelly
Jarrod M. Goldfeder
Warren E. Connelly
Kenneth N. Hammer
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
wconnelly@tradepacificlaw.com

*Counsel to Plaintiffs Industrial Pesquera Santa Priscila S.A. and Sociedad Nacional de Galápagos C.A.*

January 24, 2025
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

| | |
|---|---|
| Attorney-in-Charge<br>U.S. DEPARTMENT OF JUSTICE<br>International Trade Field Office<br>Commercial Litigation Branch - Civil Division<br>26 Federal Plaza – Room 346<br>New York, NY  10278 | Supervising Attorney<br>Commercial Litigation Branch – Civil Division<br>U.S. DEPARTMENT OF JUSTICE<br>1100 L Street, NW<br>Room 12124<br>Washington, DC  20530 |
| General Counsel<br>U.S. INTERNATIONAL TRADE COMMISSION<br>500 E Street, SW<br>Washington, DC  20436 | The Honorable Lisa R. Barton<br>Secretary<br>U.S. INTERNATIONAL TRADE COMMISSION<br>500 E Street, SW<br>Washington, DC 20436 |

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)