## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INDUSTRIAL PRESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALAPAGOS C.A., *Plaintiffs*, v. UNITED STATES, *Defendant*, and AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION, *Defendant-Intervenors*. | Ct. No. 25-00029-MMB |
| SEAFOOD EXPORTERS ASSOCIATION OF INDIA, *Plaintiff*, v. UNITED STATES, *Defendant*, and AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION, *Defendant-Intervenors*. | Ct. No. 25-00031-MMB |

SHRIMP COMMITTEE OF THE
VIETNAM ASSOCIATION OF
SEAFOOD EXPORTERS AND
PRODUCERS,

    *Plaintiff,*

v.

UNITED STATES,

    *Defendant,*

and

AD HOC SHRIMP TRADE ACTION
COMMITTEE and AMERICAN
SHRIMP PRODUCERS
ASSOCIATION,

    *Defendant-Intervenors.*

Ct. No. 25-00032-MMB

INDONESIAN FISHERY
PRODUCERS PROCESSING AND
MARKETING ASSOCIATION,

    *Plaintiff,*

v.

UNITED STATES,

    *Defendant,*

and

AD HOC SHRIMP TRADE ACTION
COMMITTEE and AMERICAN
SHRIMP PROCESSORS
ASSOCIATION,

    *Defendant-Intervenors.*

Ct. No. 25-00035-MMB

## SCHEDULING ORDER

1.    The court has reviewed the parties' complaints. It appears that this sprawling litigation raises three distinct sets of issues—(1) Plaintiffs' claims in Case 25-29; (2) Plaintiff's claims in Case 25-31; and (3) Plaintiffs'

claims in Cases 25-32 and 25-35, which are materially identical (and more ex-
tensive than those asserted in Cases 25-29 and 25-31). These cases are there-
fore consolidated for scheduling and in part for briefing. As set forth below, to
avoid duplicative briefing the court requires the parties to file joint briefs
where their interests are aligned and the issues are the same:

| Party | Action | Word limit | Date |
|---|---|---|---|
| Plaintiffs | Serve combined soft appendix on all parties | n/a | Aug. 1, 2025 |
| Plaintiffs in Cases 25-29 and 25-31 | File motions for judgment on agency record on their respective dockets | 10,000 | Aug. 22, 2025 |
| Plaintiffs in Cases 25-32 and 25-35 | File joint motion for judgment on agency record on both dockets | 14,000 | Aug. 22, 2025 |
| Plaintiff(s) | Provide a list of cited and contextual Appx pages to the plaintiff(s) preparing the combined joint appendix | n/a | Sept. 5, 2025 |
| Gov't | File combined response brief on all four dockets | 20,000 | Nov. 24, 2025 |
| Gov't | Provide a list of cited and contextual Appx pages to the plaintiff(s) preparing the combined joint appendix | n/a | Dec. 8, 2025 |
| Defendant-Intervenors in Cases 25-29 and 25-31 | File joint response briefs on their respective dockets | 5,000 | Dec. 8, 2025 |

| Party | Action | Word limit | Date |
|-------|--------|-----------|------|
| Defendant-Intervenors in Cases 25-32 and 25-35 | File joint response brief on both dockets | 7,000 | Dec. 8, 2025 |
| Defendant-Intervenors | Provide a list of cited and contextual Appx pages to the plaintiff(s) preparing the combined joint appendix | n/a | Dec. 22, 2025 |
| Plaintiffs in Cases 25-29 and 25-31 | File reply briefs on their respective dockets | 5,000 | Dec. 31, 2025 |
| Plaintiffs in Cases 25-32 and 25-35 | File joint reply brief on both dockets | 7,000 | Dec. 31, 2025 |
| Plaintiff(s) | Provide a list of cited and contextual Appx pages to the plaintiff(s) preparing the combined joint appendix | n/a | Jan. 7, 2026 |
| All parties | Refile public briefs to remove bracketing of information for which, in the view of the party submitting the brief, redaction is no longer required | n/a | Jan. 15, 2026 |
| Plaintiff(s) | File combined joint appendix on all four dockets | n/a | Jan. 22, 2026 |
| Gov't | Review parties' public briefs and identify any bracketed information that was (1) submitted in connection with the proceeding but not designated as proprietary by the person submitting it, or (2) that was so designated but is known by the Commission to be available from public sources (whether in or outside the record). Should the Commission | n/a | Feb. 12, 2026 |

| Party | Action | Word limit | Date |
|-------|--------|-----------|------|
|  | wish the court not to disclose any such information, it must show good cause by the date listed at right. |  |  |

2.    The captions on filings shall reflect the dockets on which they are filed.

3.    The parties shall submit courtesy copies of their briefs consistent with the court's webpage instructions.[1] The court also reminds the parties that it recently adopted the Federal Circuit's word-count limits applicable to confidential record material.[2]

4.    The motions will be decided on the papers unless the court determines that argument is necessary.

Dated:    June 5, 2025                         /s/ *M. Miller Baker*
          New York, New York                M. Miller Baker, Judge

---

[1] https://www.cit.uscourts.gov/sites/cit/files/Judge_Baker_Dispositive_Motion_Courtesy_Copy_Instructions.pdf.

[2] https://www.cit.uscourts.gov/sites/cit/files/Document%20Formatting%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf, ¶ 4.