# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A., *Plaintiffs*, v. UNITED STATES, *Defendant*, and AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION, *Defendant-Intervenors*. | Court No. 25-00029 |

**PLAINTIFFS' RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to USCIT Rule 56.2, the Plaintiffs, Industrial Pesquera Santa Priscila, S.A. and Sociedad Nacional de Galapagos, C.A. hereby move for judgment on the agency record in the above-captioned action. This action challenges the final determination of the United States International Trade Commission ("the Commission") in the

countervailing duty investigation in *Frozen Warmwater Shrimp From Ecuador, India, Indonesia, and Vietnam*, 89 Fed. Reg. 102,163 (Dec. 17, 2024). *See also* accompanying final "Views of the Commission" contained in Appx001265-001353. The public version of the Commission's final Views appears in USITC Publication 5566 (Dec. 2024), captioned *Frozen Warmwater Shrimp from Ecuador, India, Indonesia, and Vietnam*, Investigation Nos. 701-TA-699-700 and 702 and 731-TA-1660 (Final). Appx001365-001453.

Plaintiffs move this Court to hold that the Commission's final determination was not supported by substantial record evidence and was not otherwise in accordance with law. Plaintiffs provide the factual and legal support for their motion in the accompanying Memorandum of Points and Authorities.

Accordingly, the Plaintiffs request that this Court grant this motion and: (1) hold that the Commission's final determination was not supported by substantial evidence or otherwise in accordance with law; (2) remand the determination to the Commission for disposition in a manner consistent with the judgment of the Court; and (3) grant such

other and further relief that the Court deems just and proper.

                                              Respectfully submitted,

                                              <u>/s/ Warren E. Connelly</u>
                                              Warren E. Connelly
                                              Jarrod M. Goldfeder
                                              Kenneth N. Hammer
                                              TRADE PACIFIC PLLC
                                              700 Pennsylvania Avenue, SE
                                              Suite 500
                                              Washington, D.C. 20003

                                              Counsel for Industrial Pesquera Santa
                                              Priscila, S.A. and Sociedad Nacional
                                              de Galapagos, C.A.

Dated: August 22, 2025