# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A., | ) ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) Court No. 25-00029 |
| *Defendant*, | ) ) |
| and | ) ) |
| AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION, | ) ) ) ) |
| *Defendant-Intervenors*. | ) ) |

## ORDER

Upon consideration of the Plaintiffs' Rule 56.2 Motion for Judgment on the Agency Record and all other papers and proceedings herein, it is hereby:

**ORDERED** that Plaintiffs' Rule 56.2 Motion for Judgment on the Agency Record is GRANTED; and it is further

**ORDERED** that the U.S. International Trade Commission's final determination is remanded with an instruction that the Commission determine the amount of diesel fuel cost increases incurred by shrimp fishermen and the resulting impact of those increases on their financial condition during each of the calendar year and interim periods that comprise the Commission's entire period of investigation ("POI"); and it is further

**ORDERED** that the Commission reopen the record so that the Commission can obtain from all shrimp fishermen that previously submitted questionnaire responses the volume of diesel fuel that they purchased during each period of the POI along with the total price that they paid for all gallons purchased during each period of the POI.

**SO ORDERED**, this \_\_\_\_ day of _____, 2026.

New York, New York

_____

M. Miller Baker, Judge