# UNITED STATES COURT OF INTERNATIONAL TRADE
## HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALAPAGOS C.A.,<br>　　　　　　*Plaintiffs,*<br><br>v.<br><br>UNITED STATES,<br>　　　　　　*Defendant,*<br><br>and<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br>　　　　　　*Defendant-Intervenors.* | No. 25-00029-MMB |
| SEAFOOD EXPORTERS ASSOCIATION OF INDIA,<br>　　　　　　*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br>　　　　　　*Defendant,*<br><br>and<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br>　　　　　　*Defendant-Intervenors.* | No. 25-00031-MMB |

| | |
|---|---|
| VIETNAM ASSOCIATION OF SEAFOOD EXPORTERS AND PRODUCERS,<br>　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>UNITED STATES,<br>　　　　　　　　　　*Defendant*,<br><br>and<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PRODUCERS ASSOCIATION,<br>　　　　　　　　　　*Defendant-Intervenors*. | No. 25-00032-MMB |

## NOTICE OF WITHDRAWAL

On behalf of Defendant, the United States, in the above-referenced proceedings, we hereby notify the Court that Andrea C. Casson, who had entered an appearance as counsel for the Defendant, has ended her employment with the U.S. International Trade Commission. She is no longer involved in the representation of the United States in these matters. We respectfully request that the Court remove Ms. Andrea C. Casson as counsel for the Defendant.

Please note that John D. Henderson is the attorney with primary responsibility for this case and will continue to represent the United States.

Respectfully submitted,

/s/ *Andrea C. Casson*
Andrea C. Casson
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
Telephone: (202) 205-3061
Facsimile: (202) 205-3111
andrea.casson@usitc.gov

*/s/  John D. Henderson*
John D. Henderson
Attorney-Advisor
Office of the General Counsel
U.S. International Trade Commission
Telephone: (202) 205-2130
Facsimile: (202) 205-3111
john.henderson@ustic.gov

*Counsel for Defendant*
*U.S. International Trade Commission*

Dated:  November 24, 2025